UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

              Plaintiff                        CASE NO 21-CV-11829

V.

One Hundred Thousand
Dollars ($100,000.00) U.S Currency;
Seventy-Seven Thousand One
Hundred Fifty-Two Dollars
($77,152.00) U.S. Currency; Eight
Thousand Two Hundred Ten Dollars
($8,210.00) U.S. Currency; Four
Thousand Three Hundred Ninety
Dolars ($4,390.00) U.S. Currency;
Two Hundred Forty-Nine Thousand
Eight Hundred Twenty Dollars
($249,820.00) U.S. Currency;
One (1) Kimber PROTLE II .45 Caliber
Pistol Ser No: KR100106; One (1)
45 Caliber Magazine; Eight (8) Rounds
Of .45 Caliber Ammunition; One (1)
Smith & Wessen 29 Limited .44 Caliber
Revolver Ser No: CJ0116; Sex (6) Rounds
Of .44 Caliber Ammunition; One (1)
North American Arms NAA .22 Caliber
Revolver Ser. No:E037077; Five (5)
Rounds of .22 Caliber Ammunition;
One (1) FNH Five Seven
5.7x28mm Pistol Ser No: 386346562;
Two (2) 5.7x28mm Magazines; Forty-Six
(46) Rounds of 5.7x28mm Ammunition;
One (1) Beretta 3032 Tomcat .32 Caliber Pistol
Ser No: DAA209357; One (1) .32 Caliber
Magazine; Seven (7) Rounds of .32 Caliber
Ammunition; One (1) Kimber Ultra Carry II
.45 Caliber Pistol Ser No: KU115914;

One (1) .45 Caliber Magazine; Seven (7) Rounds
Of .45 Caliber Ammunition; One (1) 14kt
Yellow gold nugget style bracelet; One (1) 14kt
Yellow gold nugget style diamond ring set with
15 round brilliant cut diamonds; One (1)
Rolex 218238 Day-Date 18K Yellow Gold
Automatic Watch; One (1) 10k yellow
Gold stamped chain with cross pendant
149 round brilliant cut diamonds 21.00 carats;
And One (1) 10k yellow gold tested chain
714 round brilliant cut diamonds estimated
19.00 carats;
      Defendants *in Rem*

Jermain Lett, and
Adrian Tabares-Ochoa

      Claimants,

| Catherine Morris (P84371) | Cyril Hall (P29121) |
| --- | --- |
| Assistance United States Attorney | Hall Makled, PC |
| 211 W. Fort St., Suite 2001 | Attorney for Claimants |
| Detroit MI 48226 | 23756 Michigan Ave., Suite 300 |
| 313-226-9562 | Dearborn, MI 48124 |
| Catherine.morris@usdoj.gov | 313-788-8888 |
|  | cyrilhalllaw@sbcglobal.net |

**CLAIM OF INTEREST**

<table>
<tr><td>Cyril C. Hall<br>Amir I. Makled<br>Daniel B. Makled</td><td style="text-align:center"><b>HALL MAKLED, P.C.</b><br>Attorneys and Counselors at Law</td><td>Telephone 313-788-8888</td></tr>
</table>

23756 Michigan Avenue, Suite 300<br>Dearborn, MI 48124

June 8, 2021

Drug Enforcement Agency
Forfeiture Counsel
Asset Forfeiture Section
8701 Morrissette Drive
Springfield, VA 22152

### CLAIM OF INTEREST IN SEIZED PROPERTY

**Claimant:**

    Jermaine Darnell Lett
    19800 Salisbury St
    St. Clair Shores, MI 48080
    SS# ███████

**Attorney for Claimant:**

    Cyril Hall
    Hall Makled, PC
    23756 Michigan Ave., Suite 300
    Dearborn, MI 48124
    313-788-8888
    cyrilhalllaw@sbcglobal.net

**Property Claimed:**

| Asset ID Numbers | Description of Seized Property |
|---|---|
| 21-DEA-676505 | Assorted Jewelry VL $3200<br>1 14kt yellow gold nugget style bracelet<br>1 14kt yellow gold nugget design diamond ring set with 15 round brilliant cut diamonds |
| 21-DEA-676504 | Rolex 218238 Day Date 19K yellow gold automatic watch, valued at $22,000.00, Serial No. Y0012131 |
| 21-DEA-676521 | Assorted Jewelry VL $11,500<br>1 10K yellow gold stamped chain with cross pendant 149 round brilliant cut diamonds 21.00 carats |

1

|  | 1 10k yellow gold tested chain 714 round brilliant cut diamonds estimated 19.00 carats. |
|---|---|

**Interest in Property:**

Claimant claims an ownership interest in all property identified above and seized on March 30, 2021. Claimant was in legal possession of the property and same was wrongfully seized absent cause. I have not recovered any part of the loss.

**Attestation of Claimant:**

I attest and declare under the penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

I have retained the above-named attorney to represent me in this matter. I have reviewed the foregoing claim and found that its contents are accurate to the best of my information and belief. I declare under the penalty of perjury that the foregoing information is true and correct.

_____          6-8-21
Jermaine Darnell Lett                                    Date

*State of Michigan)*
                              *)SS:*
*County of* Wayne

On the 8th day of June, 20 21, before me a notary public, the undersigned officer, personally appeared _____ Jermaine Darnell Lett _____ known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged that he/she executed the same for the purposes therein contained. In Witness hereof, I hereunto set my hand and official seal.

_____
Rama Kharboutli, Notary Public

RAMA KHARBOUTLI
Notary Public, State of Michigan
County of Wayne
My Commission Expires 11-26-2024
Acting in the County of _____

2